**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**STANLEY A. SLUPKOWSKI,**　　　　　　　　　　Civil No. 08-1081 JNE/SRN

　　　　Plaintiff,

v.

　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**DUKE TERRELL RESPONDEAT**
**SUPERIOR P. SEEBACH RESPONDENT,**

　　　　Defendants.

　　　　The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 17, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

　　　　Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

　　　　IT IS HEREBY ORDERED that:

　　　　This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 18, 2008.

　　　　　　　　　　　　　　　　　　s/ Joan N. Ericksen
　　　　　　　　　　　　　　　　　　Judge Joan N. Ericksen
　　　　　　　　　　　　　　　　　　United States District Court Judge